NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

       v.                       Case No: 1:04-cr-162-1

**KRISTOPHER HARRIMAN**

**TAKE NOTICE** that the above-entitled case has been scheduled at 1:00 p.m. on Thursday, February 4, 2016, at Brattleboro, Vermont before the Honorable J. Garvan Murtha, District Judge, for a Revocation Hearing. Counsel for the government will participate by video conference from Burlington.

| | |
|---|---|
| **Location: Main Courtroom** | JEFFREY S. EATON, Clerk |
| **Date of Notice: 1/26/2016** | By /s/Kathleen A. Korstange |
| | Deputy Clerk |

**TO:**
Barbara A. Masterson, AUSA

Michael C. Shklar, Esq.